MARK A. MANNING
CRAM, HARDER, WELLS & BARON, P.C.
474 Willamette, #200
Eugene, OR 97401
(541) 686-1969
Fax: (541) 344-6099
mmanning@chwb.net
Of Attorneys for the Plaintiff

RECVD'05 JUN 17 12:06 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| STEPHANIE HOLDEN,<br><br>                Plaintiff,<br>vs.<br><br>JO ANNE B. BARNHART,<br>Commissioner, Social Security<br>Administration,<br><br>                Defendant. | Civil No. 04-6271-AA<br><br>ORDER FOR PAYMENT OF ATTORNEY<br>FEES, COSTS AND EXPENSES<br>PURSUANT TO EAJA |

After considering the Stipulated Motion submitted by the parties herein for entry of an order awarding plaintiff's attorney, Mark Manning, attorney fees in the amount of $2,786.42, costs in the amount of $150.00, and expenses in the amount of $25.00,

1 - ORDER FOR PAYMENT OF ATTORNEY FEES, COSTS & EXPENSES PURSUANT TO EAJA

IT IS HEREBY ORDERED that plaintiff's attorney, Mark Manning, is awarded a total sum of $2,961.42 in attorney fees, costs and expenses under EAJA. There are no other costs or expenses to be paid herein.

IT IS SO ORDERED on this 25 day of June, 2005.

_____
U.S. District Judge

PRESENTED BY:

By: _____
Mark Manning, OSB #00311
Of Attorneys for Plaintiff